The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Defendant. | NO. 2:19-cv-02079-BJR<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

Pursuant to the Parties' Joint Motion for Extension of Time (June 18, 2020), and LCR 7(j), the June 23, 2020 deadline in the Court's minute order dated March 9, 2020 (ECF No. 11) is hereby stricken. The parties shall file by September 15, 2020, a joint proposed schedule for filing dispositive motions and related briefing.

Dated: June 19, 2020

_____
Hon. Barbara J. Rothstein
United States District Judge