The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>             Defendant. | NO. 2:19-cv-02079-BJR<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

Pursuant to the Parties' Joint Motion for Extension of Time (September 11, 2020), and LCR 7(j), the September 15, 2020 deadline in the Court's order dated June 19, 2020 (ECF No. 20) is hereby stricken. The parties shall file by November 13, 2020, a joint proposed schedule for filing dispositive motions and related briefing.

Dated this 14th day of September, 2020.

*Barbara J. Rothstein*
_____
Hon. Barbara J. Rothstein
United States District Judge