The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,

       Plaintiff,

 v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**

       Defendant.

NO. 2:19-cv-02079-BJR

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

  Pursuant to the Parties' Joint Motion for Extension of Time (November 12, 2020), and LCR 7(j), the November 13, 2020 deadline in the Court's order dated September 14, 2020 (ECF No. 22) is hereby stricken. Plaintiff Northwest Environmental Advocates shall file its motion to supplement the complaint by December 14, 2020. The parties shall file by February 26, 2021, a joint proposed schedule for filing dispositive motions and related briefing.

Dated this 13th day of November, 2020.

_____
Hon. Barbara J. Rothstein
United States District Judge