The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>                    Defendant. | NO. 2:19-cv-02079-BJR<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO FILE SUPPLEMENTAL COMPLAINT** |

This matter came before the Court on Plaintiff's Motion for Permission to File Supplementaal Complaint (ECF No. 24). The motion is granted.

Plaintiff Northwest Environmental Advocates may serve and file the supplemental complaint attached to its motion as Exhibit A.  Defendant Environmental Protection Agency's response to Plaintiff's supplemental complaint shall be due 60 days after service and filing of the supplemental complaint.

1  DATED this 14th day of December, 2020.

_____
Hon. Barbara J. Rothstein
United States District Judge

ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME - 2