THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>　　　　　　　Defendant. | NO. 2:19-cv-02079-BJR<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

　　　　Pursuant to the Parties' Joint Motion for Extension of Time (February 16, 2021), and LCR 7(j), the 60-day deadline in the Court's order dated December 14, 2020 (ECF No. 26) and the February 26, 2021 deadline in the Court's order dated November 13, 2020 (ECF No. 22) are hereby stricken. Defendant U.S. Environmental Protection Agency shall file its response to the supplemental complaint (ECF No. 28) on or before June 11, 2021. On or before June 25, 2021, the parties shall file a joint proposed schedule for filing dispositive motions and related briefing.

　　　　　　　　　　　　　　　　　　　　　_/s/ Barbara J. Rothstein_
　　　　　　　　　　　　　　　　　　　　　Hon. Barbara J. Rothstein
　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME - 1