The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Defendant. | NO. 2:19-cv-02079-BJR<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME** |

Pursuant to the Parties' Joint Motion for Extension of Time (June 2, 2021), and LCR 7(j), the June 11, 2021 deadline and the June 25, 2021 deadline in the Court's order dated February 17, 2021 (ECF No. 31) are hereby stricken. On or before August 10, 2021, the parties shall file a joint proposal for further proceedings in this case.

Dated this 3rd day of June, 2021.

Hon. Barbara J. Rothstein
United States District Judge

ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME - 1