The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Defendant. | NO. 2:19-cv-02079-BJR<br><br>**ORDER GRANTING THE PARTIES' PROPOSED SCHEDULE** |

The Court, having reviewed the parties' Joint Proposal for Further Proceedings (August 10, 2021) and having found good cause therefor, hereby establishes the following deadlines:

- Defendant's deadline to submit the administrative record for judicial review for the revised EPA-issued TMDLs shall be September 8, 2021.

- Plaintiff's deadline to file an amended supplemental complaint or motion to file a second supplemental complaint shall be October 6, 2021.

- Defendant's deadline to respond to the operative complaint shall be October 13, 2021, if Plaintiff does not amend the supplemental complaint, or November 29, 2021, if Plaintiff amends the supplemental complaint or files a second supplemental complaint.
- The parties' deadline to submit a proposal for further proceedings shall be 14 days after Defendant's response to the operative complaint.

Dated this 12th day of August, 2021.

_____
Hon. Barbara J. Rothstein
United States District Judge