The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　Defendant. | Case No. 2:19-cv-02079-BJR<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO BE RELIEVED OF ECF FILING REQUIREMENT FOR ADMINISTRATIVE RECORDS |

The Court, having reviewed Defendant's Unopposed Motion to be Relieved of ECF Filing Requirement for Administrative Records (Dkt. 36) and having found good cause therefor, hereby GRANTS the motion. Defendant is relieved of the requirement to file via ECF the remaining administrative record(s) to be filed in this case. Defendant shall (1) file via ECF a certified index that lists that documents that compose the administrative record for the EPA-issued TMDLs as revised, and a certified index for any supplements to the previously-filed administrative record for the constructive submission claims; and (2) provide the Court and

Order Granting Defendant's Unopposed Motion to Be Relieved of ECF Filing Requirement for Administrative Records
No. 2:19-CV-02079-BJR

U.S. Dept. of Justice/ENRD
999 18th St., South Terrace, Suite 370
Denver, CO 80202
303-844-7231

1

Plaintiff with electronic media containing the indices and contents of the administrative records, including the two administrative records filed via ECF on May 21, 2020.

Dated this 18th day of August, 2021.

*Barbara J. Rothstein*
_____
Hon. Barbara J. Rothstein
United States District Judge

Order Granting Defendant's Unopposed Motion to
Be Relieved of ECF Filing Requirement for
Administrative Records
No. 2:19-CV-02079-BJR

U.S. Dept. of Justice/ENRD
999 18th St., South Terrace, Suite 370
Denver, CO 80202
303-844-7231

2