1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

**NORTHWEST ENVIRONMENTAL
ADVOCATES,** an Oregon non-profit
corporation,

      Plaintiff,

 v.

**UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY,**

      Defendant.

NO. 2:19-cv-02079-BJR

**ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR
PERMISSION TO FILE SECOND
SUPPLEMENTAL COMPLAINT**

  This matter came before the Court on Plaintiff's Unopposed Motion for Permission to File Second Supplemental Complaint (ECF No. 43). The motion is granted.

  Plaintiff Northwest Environmental Advocates may serve and file the second supplemental complaint attached as Exhibit A to the motion. In accordance with the Court's prior order granting the parties' joint motion for extension of time (ECF No. 42), Defendant Environmental Protection Agency's response to Plaintiff's second supplemental complaint shall be due on or before January 14, 2022.

ORDER GRANTING MOTION FOR PERMISSION
TO FILE SECOND SUPPLEMENTAL
COMPLAINT - 1

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

1

DATED this 12th day of November, 2021.

2

3

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION FOR PERMISSION
TO FILE SECOND SUPPLEMENTAL
COMPLAINT - 2

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300