The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation, | NO. 2:19-cv-02079-BJR |
| Plaintiff, | ORDER GRANTING JOINT PROPOSAL FOR FURTHER PROCEEDINGS |
| v. | |
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** | |
| Defendant. | |

The Court, having reviewed the parties' Joint Proposal for Further Proceedings (January 28, 2021) and having found good cause therefore, hereby establishes the following deadlines:

- By April 4, 2022, NWEA shall file any motions challenging the sufficiency or completeness of the administrative records for judicial review of EPA's partial approval of the Deschutes TMDL Submission (*see* ECF No. 17 and attachments) and EPA's establishment of replacement TMDLs (*see* ECF No. 39). Before filing any such motion, NWEA shall confer with EPA and the parties shall attempt in good faith to resolve the dispute.

ORDER FOR FURTHER PROCEEDINGS - 1

**Bricklin & Newman, LLP**
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300

1    •    By May 18, 2022, the parties will work in good faith to disclose any documents to

2    be added to the administrative record submitted by EPA for NWEA's constructive submission

3    claims (*see* ECF No. 16 and attachments; ECF No. 38). The parties retain any right they may

4    otherwise have to submit additional documents relevant to NWEA's constructive submission

5    claims after May 18, 2022.

6

7    •    On or before June 17, 2022, NWEA shall file its motion for summary judgment.

8    •    On or before August 16, 2022, EPA shall file its combined cross-motion for

9    summary judgment and response to NWEA's motion for summary judgment.

10   •    On or before October 17, 2022, NWEA shall file its combined response and reply

11   brief.

12

13   •    On or before November 16, 2022, EPA shall file its reply brief.

14

15   DATED this 8th day of February, 2022.

16

17   BARBARA J. ROTHSTEIN

18   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

ORDER FOR FURTHER PROCEEDINGS - 2

Bricklin & Newman, LLP
Attorneys at Law
1424 Fourth Avenue, Suite 500
Seattle WA 98101
Tel. (206) 264-8600
Fax. (206) 264-9300