The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Case No. 2:19-cv-02079-BJR<br><br>ORDER GRANTING JOINT MOTION FOR ABEYANCE |

The Court, having reviewed the Parties' Joint Motion for Abeyance (May 3, 2022) and having found good cause therefor, hereby ORDERS that this case is held in abeyance until January 16, 2023, and the remaining deadlines in the Order Granting Joint Proposal for Further Proceedings (February 8, 2022, ECF No. 49) are vacated. The Parties shall file a joint proposal or proposals for further proceedings by January 13, 2023.

ORDER GRANTING JOINT MOTION FOR ABEYANCE
No. 2:19-CV-02079-BJR

1

U.S. Dept. of Justice/ENRD
999 18th St., South Terrace, Suite 370
Denver, CO 80202
303-844-7231

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Barbara J. Rothstein*

Hon. Barbara J. Rothstein
United States District Judge

ORDER GRANTING JOINT MOTION FOR
ABEYANCE
No. 2:19-CV-02079-BJR

2

U.S. Dept. of Justice/ENRD
999 18th St., South Terrace, Suite 370
Denver, CO 80202
303-844-7231