The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | Case No. 2:19-cv-02079-BJR<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE ABEYANCE |

The Court, having reviewed the Parties' Joint Motion to Continue Abeyance (Jan. 12, 2023) and having found good cause therefor, hereby ORDERS that the abeyance in this case is continued. The Parties shall file a joint status report by May 15, 2023, and every 120 days thereafter as long as this case remains in abeyance.

Dated this 23rd day of January, 2023.

ORDER GRANTING JOINT MOTION TO CONTINUE ABEYANCE
No. 2:19-CV-02079-BJR

U.S. Dept. of Justice/ENRD
999 18th St., South Terrace, Suite 370
Denver, CO 80202
303-844-7231

1

*Barbara J. Rothstein*

Hon. Barbara J. Rothstein
United States District Judge

ORDER GRANTING JOINT MOTION TO
CONTINUE ABEYANCE
No. 2:19-CV-02079-BJR

2

U.S. Dept. of Justice/ENRD
999 18th St., South Terrace, Suite 370
Denver, CO 80202
303-844-7231