The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>                    Defendant. | NO. 2:19-cv-02079-BJR<br><br>ORDER GRANTING JOINT MOTION FOR FURTHER PROCEEDINGS |

The Court, having reviewed the Parties' Joint Proposal for Further Proceedings (January 19, 2024) and having found good cause therefor, hereby establishes the following deadlines:

- NWEA's deadline to file its motion for leave to file a third supplemental complaint: March 15, 2024.

- EPA's deadline to respond to the third supplemental complaint (if NWEA's motion is granted): May 17, 2024, or 60 days after NWEA obtains leave and files its third supplemental complaint (whichever is later).

ORDER ENTERING SCHEDULE - 1

- The Parties' deadline to submit a proposal for further proceedings: May 31, 2024, or 21 days after EPA files its response to NWEA's third supplemental complaint (whichever is later).

Dated this 24th day of January 2024.

_____
Hon. Barbara J. Rothstein
United States District Judge

Presented by

TELEGIN LAW PLLC

*/s/ Bryan Telegin*
Bryan Telegin, WSBA No. 46686
175 Parfitt Way SW, Ste. N270
Bainridge Island, WA 98110
Tel: (206) 453-2884
bryan@teleginlaw.com

*Attorney for Plaintiff NWEA*

TODD KIM
Assistant Attorney General

*/s/ Sonya J. Shea*
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-7231

ORDER ENTERING SCHEDULE - 2

1  Fax: 303-844-1350
2  sonya.shea@usdoj.gov
   *Counsel for Defendant EPA*

ORDER ENTERING SCHEDULE - 3

**Telegin Law pllc**
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
bryan@teleginlaw.com
(206) 453-2884