|   |   |
|---|---|
| | The Honorable Barbara J. Rothstein |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>                    Defendant. | NO. 2:19-cv-02079-BJR<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE THIRD SUPPLEMENTAL COMPLAINT** |

This matter came before the Court on Plaintiff's Unopposed Motion to File Third Supplemental Complaint (ECF No. 61). The motion is granted.

Plaintiff Northwest Enviornmental Advocates may file and serve the third supplemental complaint attached as Exhibit A to the motion. In accordance with the Court's prior order granting the parties' Joint Motion and Proposal for Further Proceedings (ECF No. 60), Defendant Environmental Protection Agency's response to Plaintiff's third supplemental complaint shall be due by May 17, 2024 or 60 days after NWEA files its third supplemental complaint, whichever is later.

ORDER GRANTING MOTION TO FILE
THIRD SUPPLEMENTAL COMPLAINT - 1

**Earthrise Law Center**
**Lewis & Clark Law School**
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642

**Telegin Law pllc**
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
bryan@teleginlaw.com
(206) 453-2884

DATED this 18th day of March, 2024.

*[signature: Barbara J. Rothstein]*

HON. BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by

TELEGIN LAW PLLC

By:     s/ Bryan Telegin
Bryan Telegin, WSBA No. 46686
175 Pafitt Ave. SW, Suite N270
Bainbridge Island, WA 98110
Telephone: (206) 453.0403
E-mail: bryan@teleginlaw.com

EARTHRISE LAW CENTER

By:     s/ Lia Comerford
Lia Comerford, WSBA No. 56447
Earthrise Law Center at Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Telephone: (503) 768-6823

*Counsel for Plaintiff Northwest Environmental Advocates*

ORDER GRANTING MOTION TO FILE
THIRD SUPPLEMENTAL COMPLAINT - 2

**Earthrise Law Center**
**Lewis & Clark Law School**
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642

**Telegin Law pllc**
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
bryan@teleginlaw.com
(206) 453-2884