The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>                Defendant. | NO. 2:19-cv-02079-BJR<br><br>ORDER GRANTING JOINT MOTION AND PROPOSAL FOR FURTHER PROCEEDINGS |

The Court, having reviewed the Parties' Joint Motion and Proposal for Further Proceedings (June 10, 2024) and having found good cause therefor, hereby orders that the Parties' deadline to submit a proposal for further proceedings is September 9, 2024.

Dated this 11th day of June 2024.

_____
Hon. Barbara J. Rothstein
United States District Judge

ORDER - 1

Telegin Law pllc
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
bryan@teleginlaw.com
(206) 453-2884

Presented by

TELEGIN LAW PLLC

*/s/* _____
Bryan Telegin, WSBA No. 46686
175 Parfitt Way SW, Ste. N270
Bainridge Island, WA 98110
Tel: (206) 453-2884
bryan@teleginlaw.com

*Attorney for Plaintiff NWEA*

TODD KIM
Assistant Attorney General

*/s/ Sonya J. Shea* _____
Sonya J. Shea
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-7231
Fax: 303-844-1350
sonya.shea@usdoj.gov

Austin D. Saylor
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
c/o United States Attorneys' Office
for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204
202-598-7867
austin.saylor@usdoj.gov

*Counsel for Defendant EPA*

ORDER - 2

**Telegin Law pllc**
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
bryan@teleginlaw.com
(206) 453-2884