The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** <br><br> Defendant. | NO. 2:19-cv-02079-BJR <br><br> ORDER GRANTING JOINT MOTION AND PROPOSAL FOR FURTHER PROCEEDINGS |

The Court, having reviewed the Parties' Joint Motion and Proposal for Further Proceedings (September 9, 2024) and having found good cause therefore, hereby orders the following schedule and word limits for merits briefing:

| Date | Due | Word Limit |
|---|---|---|
| Friday, January 24, 2025 | NWEA's SJ motion | 8,400 words |
| Friday, March 28, 2025 | EPA's combined SJ cross-motion/response | 16,800 words |
| Friday, May 30, 2025 | NWEA's combined response/reply | 12,600 words |
| Wednesday, July 16, 2025 | EPA's reply | 4,200 words |

ORDER - 1

Further, because this is "an action for review on an administrative record," Fed. R. Civ. P. 26(a)(1)(B)(i), the Parties are exempt from Local Rule 56.1's requirement to include a statement of material facts or opposing statement of facts.

Dated this <u>10th</u> day of September 2024.

_____
Hon. Barbara J. Rothstein
United States District Judge

Presented by

TELEGIN LAW PLLC

*/s/ Bryan Telegin*
Bryan Telegin, WSBA No. 46686
175 Parfitt Way SW, Ste. N270
Bainridge Island, WA 98110
Tel: (206) 453-2884
bryan@teleginlaw.com

Lia Comerford, WSBA No. 56447
Earthrise Law Center at Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6823
comerfordl@lclarke.edu

*Attorneys for Plaintiff NWEA*

TODD KIM
Assistant Attorney General

ORDER - 2

**Telegin Law pllc**
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
bryan@teleginlaw.com
(206) 453-2884

1 | */s/ Sonya J. Shea*
Sonya J. Shea
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: 303-844-7231
Fax: 303-844-1350
sonya.shea@usdoj.gov

Austin D. Saylor
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
c/o United States Attorneys' Office
for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, OR 97204
202-598-7867
austin.saylor@usdoj.gov

*Counsel for Defendant EPA*

ORDER - 3

**Telegin Law pllc**
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
bryan@teleginlaw.com
(206) 453-2884