The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES,** an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,**<br><br>Defendant. | NO. 2:19-cv-02079-BJR<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND SUMMARY JUDGMENT MOTION SCHEDULE |

The Court, having reviewed Plaintiff Northwest Envrionmental Advocate's Unopposed Motion to Amend Summary Judgment Motion Schedule (December 10, 2024), and having found good cause therefore, hereby enters the following amended schedule for the Parties' cross-motions for summary judgment:

| Date | Due | Word Limit |
|---|---|---|
| Friday, March 27, 2025 | NWEA's SJ motion | 8,400 words |
| Friday, May 30, 2025 | EPA's combined SJ cross-motion/response | 16,800 words |

ORDER - 1

Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642

Telegin Law pllc
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
bryan@teleginlaw.com
(206) 453-2884

| Friday, August 1, 2025 | NWEA's combined response/reply | 12,600 words |
|---|---|---|
| Friday, September 19, 2025 | EPA's reply | 4,200 words |

Dated this 11th day of December, 2024

*[signature]*

Hon. Barbara J. Rothstein
United States District Judge

Presented by

TELEGIN LAW PLLC

/s/ Bryan Telegin
Bryan Telegin, WSBA No. 46686
175 Pafitt Ave. SW, Suite N270
Bainbridge Island, WA 98110
Telephone: (206) 453.0403
E-mail: bryan@teleginlaw.com

Lia Comerford, WSBA No. 56447
Earthrise Law Center at Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Telephone: (503) 768-6823

*Counsel for Plaintiff Northwest Environmental Advocates*

ORDER - 2

Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
Fax: (503) 768-6642

Telegin Law pllc
175 Parfitt Way SW, Ste. N270
Bainbridge Island, WA 98110
bryan@teleginlaw.com
(206) 453-2884